IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA         :        CRIMINAL ACTION
                                 :
            v.                   :
                                 :        NO. 05-CR-392
MARY ADAMS                       :


O R D E R


AND NOW, this 16th day of July, 2008, upon consideration of Defendant's Pro Se motions, filed as follows:

(1)     Motion for Defendant's Method by Which to Serve Points and Authorities [Doc# 81] which reads as a motion to correct or modify defendant's sentence imposed on January 25, 2008; and

(2)     Motion for Modification or Reduction of Sentence based upon an Intervening Chance in the United States Sentencing Guidelines Pertaining to Criminal History Effectively Lowering Defendant's Term of Imprisonment [Doc# 84] which attempts to ask for further modification of defendant's sentence based on the new crack cocaine amendments, of which crimes defendant was neither charged or convicted (her criminal conviction imposed by plea of guilty and sentence for mail fraud 18:1341).

Upon review of defendant's motions cited hereinabove, this Court hereby **DISMISSES** said motions with prejudice as untimely, moot and without authority.


BY THE COURT:

/s/ CYNTHIA M. RUFE, J.
_____
HON. CYNTHIA M. RUFE, J.